IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

KIMBERLY D. CORONA,

                    Plaintiff,                          **4:24CV3024**

          vs.

                                                        **ORDER**
ANGELA FOLTZ-ORBAL,

                    Defendant.

        This matter is before the Court on correspondence from Plaintiff, which the Court construes as a motion for extension of time.  Filing No. 10.  Plaintiff asks to extend her deadline to pay her initial partial filing fee from March 15, 2024, to April 30, 2024. However, the Court received the full $350.00 filing fee from Plaintiff on March 14, 2024. *See* Docket Sheet.  Accordingly,

        IT IS ORDERED that:

        1.      Plaintiff's motion for extension of time, Filing No. 10, is denied as moot.

        2.      Plaintiff is advised that the Court received the "kite" or "IIR" attached to her motion and it appears in the Court's records.

        3.      Plaintiff is further advised that the next step in her case will be for the Court to conduct an initial review of Plaintiff's claims to determine whether summary dismissal is appropriate under 28 U.S.C. § 1915(e)(2). The Court will conduct this initial review in its normal course of business and will address Plaintiff's pending motion for the appointment of counsel at that time.

Dated this 19th day of March, 2024.

BY THE COURT:

Joseph F. Bataillon
Senior United States District Judge